# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TRACY REED WILLIAMS

           Plaintiff(s),

v.

ENHANCED RECOVERY COMPANY, LLC

           Defendant(s).

Case No: 4:18-cv-03699-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Scott Stephen Gallagher, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant, Enhanced Recovery Company, LLC in the above-entitled action. My local co-counsel in this case is Gregg A. Rapoport, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Smith, Gambrell & Russell, LLP<br>50 N. Laura St., Suite 2600, Bank of America Tower<br>Jacksonville, FL 32202 | Smith, Gambrell & Russell, LLP<br>444 South Flower Street, Suite 1700<br>Los Angeles, CA 90071-2901 |
| MY TELEPHONE # OF RECORD:<br>(904) 598-6111 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 358-7220 |
| MY EMAIL ADDRESS OF RECORD:<br>sgallagher@sgrlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>grapoport@sgrlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 371970.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/16/2018

                                                */s/ Scott Gallagher*
                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/19/2018

                                                *Haywood S. Gilliam Jr.*
                                                UNITED STATES DISTRICT JUDGE



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )   In Re:  0371970
Scott Stephen Gallagher
Smith, Gambrell & Russell, LLP
Smith Gambrell & Russell, LLP 50 N Laura St Ste 2600
Jacksonville, Florida 32202-3629

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 28, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of **November**, 2018.

*Pam Gerard*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-28066

