TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tracy Reed Williams*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Tracy Reed Williams, | Case No.: 4:18-cv-03699-HSG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITITAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| Enhanced Recovery Company, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    The Court, having read and considered Plaintiff's Amended Motion to Continue
2
3    the Initial Case Management Conference, and for good cause shown, **IT IS HEREBY**
4    **ORDERED GRANTING** Plaintiff's Motion.    The Initial Case Management
5    Conference is continued to January 15, 2019 at 2:00 p.m.
6

7
8    Dated:  November 21, 2018                        _____
9                                                     Hon. Haywood S. Gilliam, Jr.