1   TRINETTE G. KENT (State Bar No. 222020)
2   KENT LAW OFFICES
    3219 E. Camelback Rd #588
3   Phoenix, AZ 85018
4   Telephone:  (480) 247-9644
    Facsimile:  (480) 717-4781
5   E-mail: tkent@kentlawpc.com

6
    Of Counsel to:
7   Credit Repair Lawyers of America
8   22142 West Nine Mile Road
    Southfield, MI 48033
9   Telephone:  (248) 353-2882
10  Facsimile:  (248) 353-4840

11
    *Attorneys for Plaintiff,*
12  *Tracy Reed Williams*

13
                IN THE UNITED STATES DISTRICT COURT
14
        FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
15

16  Tracy Reed Williams,                    Case No.:  4:18-cv-03699-HSG

17
                    Plaintiff,              **ORDER GRANTING PLAINTIFF'S**
18                                          **MOTION FOR TELEPHONIC**
19      vs.                                 **APPEARANCE AT INITIAL CASE**
                                            **MANAGEMENT CONFERENCE**
20
    Enhanced Recovery Company, LLC,
21  a Delaware limited liability company,

22
                    Defendant.
23

24

25

26

27

28


                                    1

1       The Court, having read and considered Plaintiff's Motion for Telephonic

2

3  Appearance at Initial Case Management Conference, and for good cause shown, **IT IS**

4  **HEREBY ORDERED GRANTING** Plaintiff's Motion.  Ms. Kent may appear

5  telephonically at the January 15, 2019 Initial Case Management Conference at 2:00

6

7  pm.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

8  telephonic appearance.

9       Dated: December 18, 2018

10                     Hon. Haywood S. Gilliam, Jr.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28