Gregg A. Rapoport (SBN 136941)
SMITH, GAMBRELL & RUSSELL, LLP
grapoport@sgrlaw.com
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 358-7200
Facsimile: (213) 358-7300

Scott S. Gallagher (FL Bar No. 371970) (*Admitted Pro Hac Vice*)
sgallagher@sgrlaw.com
Richard D. Rivera (FL Bar No. 108251) (*Admitted Pro Hac Vice*)
rrivera@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300

Attorneys for Defendant,
ENHANCED RECOVERY COMPANY, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TRACY REED WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. : 4:18-cv-03699-HSG <br><br> *Hon. Haywood S. Gilliam, Jr.* <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

The Court, having read and considered Defendant's Motion for Telephonic Appearance at Initial Case Management Conference, and for good cause shown, **IT IS HEREBY ORDERED GRANTING** Defendant's Motion. Mr. Gallagher may appear telephonically at the January 15, 2019 Initial Case Management Conference at 2:00 pm.

1

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

_____
Hon. Haywood S. Gilliam, Jr.

Dated this 26th day of December, 2018.