| | |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Tracy Reed Williams )
                Plaintiff(s), )
v. )
Enhanced Recovery Company, L )
                Defendant(s). )

Case No: 18-cv-03699

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark Lahti, an active member in good standing of the bar of Eastern District of MI, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tracy Reed Williams in the above-entitled action. My local co-counsel in this case is Trinette G. Kent, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 22142 West Nine Mile Rd. Southfield, MI 48033 | Four Embarcadero Center, Ste. 1400 San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 353-2882 | (480) 247-4781 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mark@crlam.com | tkent@kentlawpc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P36656.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/28/19            Mark Lahti
                                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark Lahti is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2019           *Haywood S. Gilliam Jr.*
                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, David J. Weaver, Clerk of Court, certify that*

## *Mark Carl Lahti*

*was duly admitted to practice in this Court on 12/05/1984, and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 02/11/2019.*

*David J. Weaver*
Clerk

