TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tracy Reed Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Tracy Reed Williams, <br><br> Plaintiff, <br><br> vs. <br><br> Enhanced Recovery Company, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.: 4:18-cv-03699-HSG <br><br> **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1

| | |
|---|---|
| 1 | The Court, having read and considered the parties' Stipulation to Continue |
| 2 | |
| 3 | Hearing on Defendant's Motion for Summary Judgment, and for good cause shown, |
| 4 | **IT IS HEREBY ORDERED** that the parties request is **GRANTED**. The Hearing on |
| 5 | |
| 6 | Defendant's Motion for Summary Judgment is continued to August 29, 2019, at 2:00 |
| 7 | pm. |
| 8 | |
| 9 | Dated: July 16, 2019 _____ |
| | Honorable Haywood S. Gilliam, Jr. |