TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tracy Reed Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| Tracy Reed Williams,<br><br>    Plaintiff,<br><br>vs.<br><br>Enhanced Recovery Company, LLC,<br>a Delaware limited liability company,<br><br>    Defendant. | Case No.: 4:18-cv-03699-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE AT HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1

The Court, having read and considered Plaintiff's Motion for Telephonic Appearance at Hearing on Defendant's Motion for Summary Judgment, and **IT IS HEREBY ORDERED DENIED**. Ms. Kent may **not** appear telephonically at the August 29, 2019 Hearing on Defendant's Motion for Summary Judgment at 2:00 pm.

Dated: 8/12/2019

Hon. *Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

**DENIED**